IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02053-BNB

THOMAS REINIG, Prisoner No. 130269,

    Plaintiff,

v.

STATE OF COLORADO,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 5 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Thomas Reinig, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. He attempted to initiate the instant action by submitting *pro se* a motion titled "Motion to Transfer Me Per Court Order." The Court reviewed the motion and determined it was deficient. Therefore, in an order filed on August 25, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Reinig to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The August 25 order pointed out that Mr. Reinig failed to submit either the $350.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The order also pointed out that Mr. Reinig failed to submit a Prisoner Complaint. The order warned Mr. Reinig that if he

failed to cure the designated deficiencies within the time allowed the action would be dismissed without prejudice and without further notice.

On September 8, 2010, Mr. Reinig submitted the signature page from the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with copies of the first and third pages from the August 25 order. He has failed, within the time allowed, to cure all the deficiencies listed in the August 25 order. Therefore, the action will be dismissed for failure to comply with a Court order and cure the designated deficiencies as directed.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Thomas Reinig, within the time allowed, to cure the deficiencies designated in the August 25, 2010, order to cure. It is

FURTHER ORDERED that the motion titled "Motion to Transfer Me Per Court Order" is denied as moot.

DATED at Denver, Colorado, this  4th  day of  October , 2010.

BY THE COURT:

 s/Philip A. Brimmer  
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02053-BNB

Thomas Reinig
Prisoner No. 130269
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/5/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk